IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

DAVID FRANCO                    )
                                )
v.                              ) NO. 3:05-0247
                                ) JUDGE CAMPBELL
BIND TECH, INC.                 )


ORDER

Pending before the Court are a Report and Recommendation of the Magistrate Judge dated

May 26, 2006 (Docket No. 38) and Plaintiff's objections thereto (Docket No. 40). The Court has

reviewed the Magistrate Judge's findings, the objections, and the record.

The Plaintiff's objections are OVERRULED, and the Report and Recommendation is

ADOPTED and APPROVED. Accordingly, Defendant's Motion for Summary Judgment (Docket

No. 30) is GRANTED, and this action is DISMISSED.

The trial set for August 22, 2006, and the pretrial conference set for August 14, 2006, are

canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE